```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF OREGON

                               PORTLAND DIVISION



MINDY M. EDGAR,                                 08-CV-6379-AC

          Plaintiff,                            ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

          Defendant.

KATHRYN TASSINARI
MARK A. MANNING
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, OR 97401
(541) 343-4527

          Attorneys for Plaintiff


1 - ORDER
```

**DWIGHT C. HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


**DAVID MORADO**
Regional Chief Counsel
**TERRYE ERIN SHEA**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2143
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2112

    Attorneys for Defendant


**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#23) on June 2, 2010, in which he recommends this Court reverse the Commissioner's decision and remand this matter for an immediate calculation and award of benefits.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on

2 - ORDER

other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#23).  Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter to the Commissioner an immediate calculation and award of benefits consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 7th day of July, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge